UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| JEFFREY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-CV-492 (RJC - DSC) |
| ) | |
| DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF FULFILLMENT OF THE COURT'S ORDER

Pursuant to the Court's June 29, 2010 Order (Dkt. # 44), Defendant United States Department of Defense respectfully submits this Notice that it has complied with the Court's Order.

Dated: July 13, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General, Civil Division

JOHN R. TYLER
Assistant Director

 /s/ Joseph C. Folio III
JOSEPH C. FOLIO III
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: 202.305.4968
Email: joseph.folio@usdoj.gov

/s/ Lily Sara Farel
LILY SARA FAREL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: 202.353.7633
Fax: 202.616.8460
Email: lily.farel@usdoj.gov

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2010, I caused copies of the foregoing Notice to be served through a Notice of Electronic Filing by CM/ECF to counsel for Plaintiff listed below:

    George S. Daly        gdaly1@bellsouth.net

        */s/ Joseph C. Folio III*
        JOSEPH C. FOLIO III